IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADA LEEANN ANDRES COX, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:13-cv-1203 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Elizabeth Deavers |
| | : | |
| Defendant. | : | |

**OPINION & ORDER**

On February 5, 2015, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 18), recommending that the Court reverse the Commissioner of Social Security's nondisability finding and remand the case to the agency under Sentence Four of § 405(g).  The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on February 23, 2015, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation.  The decision of the Commissioner is hereby **REVERSED**.  This action is **REMANDED** to the Commissioner for reconsideration in accordance with this Order.

**IT IS SO ORDERED.**

                                                     s/ Algenon L. Marbley
                                                     **ALGENON L. MARBLEY**
                                                     **UNITED STATES DISTRICT JUDGE**

**DATED:  March 5, 2015**