IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADA LEEANNE ANDRES COX, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:13-cv-1203 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Terrence P. Kemp |
| | : | |
| | : | |
| Defendant. | : | |

**OPINION & ORDER**

This matter comes before this Court on the parties' Joint Stipulation to Award Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2414. (Doc. 21). The parties jointly stipulate and petition this Court to enter an award of attorney's fees to the Plaintiff in the amount of $4,000.00, which will satisfy all of Plaintiff's claims for fees, costs, and expenses under the EAJA that may be payable in this case.

Defendant states that any fees paid belong to Plaintiff, and not her attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *See Astrue v. Ratcliff*, 560 U.S. 586 (2010). After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and her counsel.

In light of the foregoing, this Court **GRANTS** the parties' Joint Stipulation to award Plaintiff attorney's fees in the amount of $4,000. (Doc. 21).

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley  
                                            **ALGENON L. MARBLEY**  
                                            **UNITED STATES DISTRICT JUDGE**

**DATED:  June 1, 2015**